**Order entered May 23, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00561-CR

**RICHARD LEE CORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-33286-T**

## ORDER

Before the Court is appellant's May 22, 2019 motion to substitute counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** Bruce Kaye and **SUBSTITUTE** Franklyn Mickelsen as counsel for appellant. All future correspondence should be sent to Franklyn Mickelsen; Broden & Mickelsen; 2600 State Street; Dallas, Texas 75204; telephone: (214) 720-9552; facsimile: (214) 720-9594; email: mick@texascrimlaw.com.

/s/     CORY L. CARLYLE
        JUSTICE